# Court of Appeals
## Tenth Appellate District of Texas

---

10-26-00082-CR

---

In re Thomas Blanchard

---

Original Proceeding

---

CHIEF JUSTICE JOHNSON delivered the opinion of the Court.

## MEMORANDUM OPINION

On March 2, 2026, Relator Thomas Blanchard filed a "Petition for Writ of Habeas Corpus."  Because of the relief requested therein, we construe Relator's filing to be a petition for writ of mandamus.

Relator's petition for writ of mandamus, filed on March 2, 2026, is denied.

MATT JOHNSON
Chief Justice

OPINION DELIVERED and FILED:  April 9, 2026

Before Chief Justice Johnson,
     Justice Smith, and
     Justice Harris
Denied
Do Not Publish
OT06

